

# HOWARD UNIVERSITY

Office of the General Counsel

November 16, 2005

Dr. Andree McKissick
2808 Navarre Drive
Chevy Chase, MD 20815-3802

    Re:    Class Action Grievance
            Case No: 16 300 L 00879 04
            (Request for Stay and Motion for Reconsideration)

Dear Arbitrator McKissick:

    The University is in receipt of your award regarding the above referenced matter. We respectfully disagree with the award and wish to be heard on the basis for our disagreement. We believe the award, along with evidentiary decisions made during the course of the arbitration, are contrary to law and public policy. Accordingly, we would like to request your reconsideration of this matter, and wish to submit a brief in support of our position.

    This award, if implemented, would involve a hugh expenditure of funds by the University. Because of the potential exposure to the University we are requesting a stay of the award pending your disposition of this request for reconsideration.

    Although there are a number of issues we wish to address, we are particularly concerned about your decision to disallow the union's Chief Negotiator, Kimberly Kline, to testify as a fact witnesses regarding the whether or not there was a meeting of the minds on Appendix C, between the Metropolitan Campus Police Officers Union and Howard University. Your decision was based, as we understand, on her role as counsel to the union. However, we did not wish to present evidence concerning her statements to her client. Rather, statements made by Ms. Kline to Leroy Jenkins, Chief Negotiator for the University, especially in open negotiation sessions, are not protected by attorney/client privilege, and should not have been disallowed.

    We have historically respected your decisions regarding the University's matters, and continue to do so. However, this time we respectfully disagree.

Sincerely,

Repunzelle R. Johnson
Associate General Counsel for Labor Relations



2400 6th Street, NW
Washington, DC 20059

FILED
FEB 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Telephone 202 806 2650
Facsimile 202 806 6357
www.howard.edu