# WILLIAM G. JEPSEN, JR.
Attorney at Law

William G. Jepsen, Jr. (MD & DC)

1711 Stratton Road
Crofton, Maryland 21114
(301) 261-3982
Phone/Fax 410-451-4706

November 18, 2005

BY FACSIMILE

Dr. Andree Y. McKissick
2808 Navarre Drive
Chevy Chase, MD 20815-3802

    Re: *In re* MCPOU and Howard University
       Case No. 16-300-L-00879-04

Dear Dr. McKissick:

    This is in response to management's request to submit and additional brief for your reconsideration of your award. The request is inappropriate and must be denied.

    Under the expressed terms of the bargaining agreement, the award is "final and binding upon the parties." J.Ex.1, §30.3.4.2. There also is no provision for a unilateral request for reconsideration of the award under AAA rules.

Sincerely,

William G. Jepsen, Jr.

301-587-3609
202-806-6357



06 0270

FILED
FEB 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT