CO-386-online
10/03

**FILED**

FEB 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Howard University
2400 Sixth Street, N.W.
Washington, DC 20059

)
)
)
)
Plaintiff )
)
VS )
)
Metropolitan Campus Police Officers Union )
2225 Georgia Avenue, N.W., #804 )
P.O. Box 26384 )
Washington, DC 20001 )
)
Defendant )

CASE NUMBER 1:06CV00270

JUDGE: Reggie B. Walton

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 02/13/2006

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Howard University__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Howard University__ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__464102__
BAR IDENTIFICATION NO.

Trina L. Fairley
Print Name

__1730 Pennsylvania Avenue, N.W., #900__
Address

__Washington, DC       20006__
City           State        Zip Code

__(202) 371-6800__
Phone Number

3