# EXHIBIT 2



## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN CAMPUS POLICE OFFICERS UNION<br>2225 Georgia Avenue, #804<br>P.O. Box 26384<br>Washington, DC 20001<br><br>        Plaintiff,<br><br>        v.<br><br>HOWARD UNIVERSITY<br>2400 6th Street, NW<br>Washington, DC 20059<br><br>        Defendant. | Civil Action No. _____ |

### DECLARATION OF KIMBERLY KLINE

I, Kimberly Kline, being duly sworn do depose and state as follows:

1. My name is Kimberly Kline. I have personal knowledge of the facts contained in this Declaration, and I am competent to testify as to matters herein.

2. In 2003, I was the Chief Negotiator for the Metropolitan Campus Police Officers Union ("Union"). I participated in open negotiations, on behalf of the Union, with Howard University, in connection with a Collective Bargaining Agreement ("Agreement") between the parties, dated March 27, 2002 through March 26, 2005. I am familiar with the Agreement and the Wage Compensation Package located at Appendix C of the Agreement.

3. During open negotiations, the parties agreed to continue negotiating over the Wage Compensation Package after the Agreement was signed. Specifically, the

parties agreed to continue negotiating certain pay increases that the union members would receive on the basis of seniority over the term of CBA.

4. Following execution of the Agreement, the parties did, in fact, continue to negotiate over the specified pay increases. Attached hereto as Exhibit 1, is an email that I forwarded to Leroy T. Jenkins, counsel for Howard University, dated February 9, 2004, which was almost two months after the Agreement was executed. The purpose of this email was to continue negotiating the pay increases.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

Date: 2/23/06

Kimberly Kline

-----Original Message-----
**From:** Kimberly A. Kline, Esquire [mailto:kimmy.esq@verizon.net]
**Sent:** Monday, February 09, 2004 1:17 PM
**To:** 'Jenkins Jr., Leroy'
**Subject:** finishing contract

Leroy -

Could you fax me the Performance Appraisal that is being used for the guards. I assume the drug testing facilities appendix that was used in the last contract is still okay. Also, do you have comments/suggestions regarding the salary bands that were submitted?

*Kimberly A. Kline*
*Attorney at Law*
*9120 Belair Road*
*Baltimore, Maryland  21236*
*410-256-0400*
*Fax 410-256-9022*
*kimmy.esq@verizon.net*