UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **METROPOLITAN CAMPUS POLICE OFFICERS UNION** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **HOWARD UNIVERSITY** | ) ) ) |
| **Defendant.** | ) ) ) ) |

Civil Action No. 1:06 cv 270

## ANSWER TO COUNTERCLAIM

Plaintiff Howard University hereby respectfully submits the following Answer to Defendant Metropolitan Campus Police Officers Union's (MCPOU's) Counterclaim to Confirm an Arbitration Award. In support of its Answer, Howard University respectfully states the following:

### I.

### ANSWER

1. Paragraph 1 contains a legal conclusion to which no response is required.

2. Howard University admits the allegations contained in Paragraph 2

3. Howard University admits the allegations contained in Paragraph 3.

4. Howard University denies the allegations contained in Paragraph 4.

5. Howard University admits that MCPOU filed a grievance, but denies all other allegations contained in Paragraph 5.

6. Howard University denies the allegations contained in Paragraph 6.

79080

    7.      Howard University admits the allegations contained in Paragraph 7.

    8.      Howard University denies the allegations contained in Paragraph 8.

    9.      Howard University admits the allegations contained in Paragraph 9.

    10.     Howard University denies the allegations contained in Paragraph 10.

## II.

## AFFIRMATIVE DEFENSES

    1      The Counterclaim against Howard University fails to state a claim upon which relief may be granted.

    2.      MCPOU is barred from obtaining the relief sought under the doctrines of unclean hands, latches, waiver and/or estoppel.

    3.      The action or any relief sought by MCPOU is barred, in whole or in part, because Howard University may have additional defenses that cannot now be articulated due to the generality of MCPOU's pleadings. Accordingly, Howard University reserves the right to supplement the foregoing and raise additional defenses as they appear as the case progresses.

    WHEREFORE, Howard University hereby respectfully requests that the Court issue an Order denying MCPOU's counterclaim to confirm the arbitration award and granting Howard University's Complaint to vacate the arbitration award. Howard University further seeks all such additional and further relief to which it may be entitled at law and equity.

          Respectfully submitted,

Dated:  April 18, 2006   By: _____/s/_____
          TRINA L. FAIRLEY (D.C. Bar No. 464102)
          KEITH J. HARRISON (D.C. Bar No. 416755)
          **KING PAGANO HARRISON**
          1730 Pennsylvania Avenue, N.W.
          Suite 900
          Washington, D.C.  20006
          (202) 371-6800

          Counsel for Plaintiff
          Howard University