UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **METROPOLITAN CAMPUS POLICE OFFICERS UNION** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 1:06 cv 270 (RBW) |
| **HOWARD UNIVERSITY** | ) ) ) | |
| **Defendant.** | ) ) ) | |

**RULE 16.3(c) JOINT CONFERENCE REPORT**

Pursuant to Local Civil Rule 16.3(c) and in anticipation of the parties' Initial Scheduling Conference scheduled for June 30, 2006 at 2:30 p.m., counsel for Plaintiff Howard University and counsel for Defendant Metropolitan Campus Police Officers Union ("MCPOU" or "Union") hereby submit their Rule 16.3 Joint Conference Report ("Report").

**1.     Dispositive Motions**

The above-referenced matter involves the Plaintiff Howard University's complaint to set aside an arbitration award on the ground that (1) the arbitrator exceeded her jurisdiction, (2) improperly decided issues outside the scope of the arbitration clause; and (3) excluded pertinent and material evidence depriving Howard University of a fair hearing. The case also involves the Defendant MCPOU's counterclaim that the arbitration award should be confirmed. The Union believes that it properly asserted its attorney-client privilege in the arbitration hearing as to its former attorney, and that it would be improper to admit evidence in the form of an affidavit from its former attorney. Howard University disagrees with the Union's position and asserts that the

80073

facts of this case will demonstrate that the communications at issue are not covered by the attorney-client privilege.

The parties believe that this matter can be resolved through dispositive motions. Both parties request that the Court issue a briefing scheduling for the parties' respective motions. Howard University further requests that the Court grant a hearing on the cross-motions.

**2.    Joinder and Amendment of Pleadings**

The Parties agree that any amendment to the pleadings must be filed within thirty (30) days of the Initial Scheduling Conference, currently set for June 30, 2006. Neither Party anticipates that any other parties will be joined.

**3.    Magistrate**

The Parties do not wish that this case be assigned to a Magistrate at this time.

**4.    Settlement**

The Parties have not engaged in settlement negotiations at this time.

**5.    ADR**

The Parties would not like to participate in ADR at this time.

**6.    Motions Schedule**

As stated above, the Parties request a briefing scheduling for Howard University's Motion to Set Aside or Vacate the Arbitration Award and MCPOU's cross-motion to Confirm the Award.

**7.    Initial Disclosures**

The Parties agree to waive initial disclosure requirements in this case.

**8.    Discovery**

The Parties do not request discovery at this time.  However, if the Court determines that this case cannot be resolve by the above-referenced motions, the Parties respectfully request and reserve the right to amend this Report to request discovery, as necessary.

**9.    Expert Witnesses**

The Parties do not anticipate calling any expert witnesses at this time.  However, as set forth above, if the Court determines that this case cannot be resolved by the above-referenced motions, the Parties respectfully request and reserve the right to amend this Report to request the opportunity to designate expert witnesses, as necessary.

**10.    Class Action**

Not applicable.

**11.    Bifurcation**

Not applicable.

**12.    Pretrial Conference**

The Parties do not believe a Pretrial Conference and/or Trial will be necessary in this case.  However, if the Court determines otherwise, the Parties will supplement this Report, in accordance with the Court's instructions.

**13.    Hearing date**

Howard University requests that the Court issue a hearing date after the parties have briefed their respective, above-referenced motions.

                                            Respectfully submitted,

Dated: June 19, 2006                           /s/
                                            Trina L. Fairley (D.C. Bar. No. 464102)
                                            Keith J. Harrison (D.C. Bar No. 416755)
                                            KING, PAGANO & HARRISON
                                            1730 Pennsylvania Ave, N.W., Suite 900
                                            Washington, DC 20006
                                            (202) 371-6800
                                            (202) 371-6770 (fax)

                                            Attorney for Plaintiff Howard University


                                            /s/
                                            William G. Jepsen, Jr.
                                            1711 Station Road
                                            Crofton, MD   21114
                                            (301) 261-3982
                                            (410) 451-4706 (fax)
                                            Attorney for Defendant
                                            Metropolitan Campus Police
                                            Officers Union