UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HOWARD UNIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0270 (RBW) |
| METROPOLITAN CAMPUS POLICE OFFICER'S UNION, | ) ) ) ) | |
| Defendant. | ) ) | |

## SCHEDULING ORDER

The parties appeared before the Court on June 30, 2006, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 30th day of June, 2006, hereby **ORDERED** that

1. The plaintiff shall file its motion to set aside the arbitration award by July 28, 2006. The defendant shall file its opposition by August 25, 2006, the plaintiff shall file its reply by September 8, 2006, and the defendant shall file its sur-reply by September 22, 2006.

2. A status conference will be held on December 15, 2006 at 10:30 a.m. in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge