IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD UNIVERSITY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06 CV 270 |
| ) | |
| METROPOLITAN CAMPUS POLICE ) | |
| OFFICERS UNION ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

CONSENT MOTION FOR LEAVE TO FILE DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION TO VACATE AND
DEFENDANT'S MOTION TO CONFIRM ARBITRATION AWARD

COMES NOW Defendant who respectfully requests that the Court enter an order granting leave to file out of time its Opposition to Plaintiff's Motion to Vacate. Pursuant to the Court's scheduling order of June 30, 2006, Defendant's Opposition was due August 25, 2006. In support of this motion, Defendant states as follows:

Counsel for Defendant encountered unexpected difficulties with his computer equipment on the evening of August 25. He was unable to correct the problem and was unable to file his client's Opposition that evening. Over the weekend, Counsel purchased a replacement scanner and believes that he has corrected his equipment failure.

Pursuant to Section 5 of the Courts' order of April 19, 2006, Defendant also states:

(a) There have been no previous requests for extensions by either party;

(b) The grounds for the motion are stated herein;

1

(c) The granting of the motion should have no adverse effects on any previously set deadlines, as Defendant is filing this motion on the next business day; and

(e) Counsel for Plaintiff has authorized the undersigned to state that Plaintiff consents to this motion.

WHEREFORE, for the reasons stated above, Defendant respectfully request that this motion be granted, and that Plaintiff be allowed to file its Opposition to Plaintiff's Motion to Vacate out of time.

                Respectfully submitted,

                _____/s/_____
                William G. Jepsen, Jr. [323113]
                1711 Stratton Road
                Crofton, MD. 21114
                301-261-3982; Fax 410-4451-4706

                Counsel for MCPOU

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HOWARD UNIVERSITY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:06 CV 270 |
| | ) | |
| METROPOLITAN CAMPUS POLICE OFFICERS UNION | ) ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO VACATE AND DEFENDANT'S MOTION TO CONFIRM ARBITRATION AWARD

1. The Motion, with the facts stated therein.

2. Fed. R. Civ. P. 7; Court Order of April 19, 2006.

3. The entire record hereto.

                    Respectfully submitted,

                    _____/s/_____
                    William G. Jepsen, Jr. [323113]
                    1711 Stratton Road
                    Crofton, MD. 21114
                    301-261-3982

                    Counsel for Defendant MCPOU

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD UNIVERSITY ) | |
| ) | |
|   Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06 CV 270 |
| ) | |
| METROPOLITAN CAMPUS POLICE ) | |
|   OFFICERS UNION ) | |
| ) | |
|   Defendant ) | |
| _____ ) | |

ORDER

Upon review of Defendant's Motion for Leave to File its Opposition to Plaintiff's Motion to Vacate Arbitration Award and Defendant's Motion to Confirm Arbitration Award out of time, the memorandum of points and authorities filed in support thereof, and the entire record hereto, it is, this ____ day of _____, 2006, ORDERED that said motion is GRANTED, and it is FURTHER ORDERED that

Defendant's Opposition to Plaintiff's Motion to Vacate and Defendant's Motion to Confirm Arbitration Award shall be filed immediately, effective August 25, 2006, *nunc pro tunc.*

_____
Judge Reggie B. Walton
United States District