IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

Howard University (HU)　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
Metropolitan Campus Police　　　　 )
　Officers Union (MCPOU)　　　　　)
　　　　　　　　　　　　　　　　　)  Case No. 1:06 CV 00270
Metropolitan Campus Police　　　　 )
　Officers Union (MCPOU)　　　　　)
　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
Howard University (HU)　　　　　　)
　　　　　　　　　　　　　　　　　)

## AFFIDAVIT

I, Carla McCormick, being duly sworn, state that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of twenty-one, have personal knowledge of the facts stated herein, and if called to testify would be competent to testify as to the facts stated herein.

2. I currently reside in the state of Florida, but at the times relevant to the subject matter of this complaint and counterclaim I was a special police officer at Howard University and I was president of the Metropolitan Campus Police Officer Union (MCPOU).

3. During 2003, MCPOU had a "Full Service Agreement" with the National Union of Protective Services Associations by which it provided, through its executive director, Mr. JC Stamps, certain services to MCPOU, including legal services.

4. Also, in or about June 2003, the MCPOU began negotiations on a new collective bargaining agreement with Howard University and, for those negotiations, Mr. Stamps introduced Kimberly Kline to MCPOU as the Union's attorney who would serve as MCPOU's chief negotiator.

5. I participated in contract negotiations with Ms. Kline on behalf of MCPOU.

6. I introduced Ms. Kline as MCPOU's attorney to the Union's membership at its informational meetings on November 13 and December 5, 2003, at which times Ms. Kline explained the provisions of our newly negotiated collective bargaining agreement.

7. Immediately following the meeting on December 5, 2003, the MCPOU voted to ratify the collective bargaining agreement, and Mr. Stamps and Ms. Kline were present during the tally of the membership vote.

8. On December 22, 2003, I went to the office of H. Patrick Swygert, president of Howard University, in the company of Robert Simpson, a representative of Mr. Stamps' organization, and I executed three copies of the new collective bargaining agreement.

9. I subsequently contacted President Swygert's office and was informed that they had sent the Union's copy of the executed agreement to Ms. Kline. Although I was unable to contact Ms. Kline for over one month, I was able to obtain a copy of the executed agreement which had been posted by an official of the Howard University Police Department for its commanders and supervisors.

10. I later was informed by Leon Gooden, a board member of the MCPOU, that

he had encountered Ms. Kline on Howard University's campus and that she had advised him that Howard University claimed that it had not ratified the bargaining agreement. Ms. Kline's presence at Howard University on that day was without my knowledge or authority or that of the MCPOU, which subsequently terminated its relationship with Mr. Stamps' organization and, therefore, Ms. Kline.

11. At all times relevant to MCPOU's relationship with Ms. Kline, it was my belief that she was serving as the Union's attorney and that MCPOU had an attorney-client relationship with her.

12. I represented MCPOU and was present at the arbitration hearing on July 26, 2005, before Dr. Andree McKissick, and I directed our counsel at that hearing to assert MCPOU's attorney-client privilege as to Ms. Kline's capacity as a witness and Ms. Kline was aware of MCPOU's position in that regard in that she was in the hearing room for part of the discussion of the issue.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_C. L. McCormick_
Carla McCormick

Subscribed and sworn before me
on this 16 day of June 2006

_Mary L. Harder_
My commission expires 8/31/08

3