## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| METROPOLITAN CAMPUS POLICE OFFICERS UNION<br>　　　Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | Case No.: 1:06-cv-270 |
| HOWARD UNIVERSITY<br>　　　Defendant. | ) ) ) ) | |

### PRAECIPE

To the Clerk of Court: Please note that counsel is entering a change of firm name and address in the above-captioned case representing Defendant Howard University. Please direct all future correspondence, reports, pleadings, court orders, and other materials regarding the above-captioned matter to counsel at the address below.

Trina L. Fairley
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
tfairley@crowell.com

Respectfully submitted,

Trina L. Fairley, Esq.
CROWELL& MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Phone: (202) 624-2560
Fax: (202) 628-5116
E-mail: tfairley@crowell.com

*Counsel for Defendant*

Dated:  December 11, 2006