UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD UNIVERSITY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0270 (RBW) |
| METROPOLITAN CAMPUS POLICE OFFICER'S UNION, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the defendant's motion to vacate arbitration award is **DENIED**. It is further

**ORDERED** that the arbitration award in favor of the plaintiff is **AFFIRMED**.

**SO ORDERED** on this 19th day of March, 2007.

/s/_____
REGGIE B. WALTON