UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
HOWARD UNIVERSITY,              )
                                )
    Plaintiff,                  )
                                )
    v.                          )    Civil Action No. 06-0270 (RBW)
                                )
METROPOLITAN CAMPUS POLICE      )
OFFICER'S UNION,                )
                                )
    Defendant.                  )
_____)

**ORDER**

In the Court's order[1] issued on March 19, 2007, the parties in the instant action were transposed. It is hereby

**ORDERED** that the Court's order issued on March 19, 2007 is **VACATED**. It is further

**ORDERED** that a new order shall be issued forthwith. It is further

**ORDERED** that the Memorandum Opinion remains in force.

**SO ORDERED** on this 19th day of March, 2007.

/s/_____
REGGIE B. WALTON

---

[1] (Docket Entry 15)