UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD UNIVERSITY,<br><br>          Plaintiff,<br><br>     v.<br><br>METROPOLITAN CAMPUS POLICE<br>OFFICER'S UNION,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0270 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the plaintiff's motion to vacate arbitration award is **DENIED**.  It is further

**ORDERED** that the arbitration award in favor of the defendant is **AFFIRMED**.

**SO ORDERED** on this 19th day of March, 2007.

/s/_____
REGGIE B. WALTON