# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWARD UNIVERSITY )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>METROPOLITAN CAMPUS POLICE )<br>  OFFICER'S UNION )<br>)<br>  Defendant. )<br>) | Case No.: 1:06-cv-270 (RBW) |

## NOTICE OF APPEAL

Notice is hereby given this 30th day of March, 2007, that Plaintiff Howard University hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court denying Howard University's Motion to Vacate Arbitration Award and affirming the arbitration award in favor of Metropolitan Campus Police Officer's Union Motion entered on March 19, 2007.

Dated: March 30, 2007                    Respectfully submitted,

*Trina L. Fairley /s/*
Trina L. Fairley, Esq.
CROWELL& MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Phone: (202) 624-2560
Fax: (202) 628-5116
E-mail: tfairley@crowell.com

Counsel for Plaintiff

DCIWDMS: 2987161_1