# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7055**   **September Term, 2007**

HOWARD UNIVERSITY,
  APPELLANT

v.

METROPOLITAN CAMPUS POLICE OFFICER'S UNION,
  APPELLEE



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JAN 1 8 2008

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 06cv00270)

Before: GINSBURG, *Chief Judge*, and SENTELLE and GARLAND, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

<u>Per Curiam</u>

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:

BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Michael C. McGrail
Deputy Clerk

Date: January 18, 2008

Opinion for the court filed by Chief Judge Ginsburg.