**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Howard University ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00270 (RBW) |
| ) | |
| Metropolitan Campus Police ) | |
| Officers Union ) | |
| ) | |
| Defendant ) | |
| _____) | |

**JOINT STIPULATION BY PARTIES**
**TO STAY DEFENDANT'S MOTION FOR CONTEMPT**

The parties, Plaintiff Howard University and Defendant Metropolitan Campus Police Officers Union, hereby file this Joint Stipulation to Stay Defendant's Motion for Contempt, filed on August 5, 2008.

WHEREAS, pursuant to an Arbitration Award, dated November 13, 2005, in which the Arbitrator awarded Defendant certain backpay based on Appendix C to the parties' Collective Bargaining Agreement, which was effective from March 28, 2002 through March 27, 2005;

WHEREAS, the Arbitrator retained jurisdiction over the matter until "Appendix C has been fully implemented;"

WHEREAS, the parties have a dispute regarding interpretation and implementation of Appendix C;

WHEREAS, the parties contacted the Arbitrator, among other things, to resolve these interpretation and implementation issues;

WHEREAS, on August 16, 2008, the Arbitrator entered an Order maintaining the status quo between the parties and setting forth procedures and a hearing date for resolution of these issues;

WHEREAS, the parties' dispute regarding interpretation and implementation of Appendix C are at the center of Defendant's Motion for Contempt;

NOW THEREFORE, the parties hereby stipulate and agree to stay Defendant's Motion for Contempt pending the Arbitrator's resolution of the foregoing issues, including, but not limited, the interpretation and implementation of Appendix C.

As such, the parties jointly and respectfully request that the Court enter an Order staying Defendant's Motion for Contempt pending the Arbitrator's final resolution of the foregoing matter.

Dated: August 18, 2008

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| William G. Jepsen, Esq. | Trina L. Fairley, Esq. |
| D.C. Bar No. 323113 | D.C. Bar No. 464102 |
| 1711 Stratton Road | CROWELL & MORING |
| Crofton, MD 21114 | 1001 Pennsylvania Avenue, NW |
| (301) 261-3982 (office) | Washington, DC 20004 |
| (410) 451-4706 (fax) | (202) 624-2500 (office) |
|  | (202) 628-5116 (fax) |
| Counsel for Metropolitan Campus Police Officers Union | Counsel for Howard University |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Howard University ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00270 (RBW) |
| ) | |
| Metropolitan Campus Police ) | |
| Officers Union ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Upon consideration of the PARTIES' JOINT STIPULATION TO STAY DEFENDANT'S MOTION FOR CONTEMPT, and for good cause shown, the Court hereby stays Defendant's Motion pending final resolution of the interpretation and implementation issues pertaining to Appendix C, as set forth in the Arbitrator's Order, dated August 16, 2008.

SO ORDERED this _____ day of _____, 2008.

_____
Judge, United States District Court
  For the District of Columbia